**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

**KATHY BLEVINS**

       Plaintiff,                    No. C-**08-04759** EDL

    v.                           **ORDER OF CONDITIONAL DISMISSAL**

**STARBUCKS CORPORATION**

       Defendants.

_____/

      Having been informed that this case has fully settled, IT IS HEREBY ORDERED that this case is dismissed without prejudice, with leave to reinstate on or before 90 days for the purpose of proceeding with the litigation in the event a settlement has not been completed prior to that date.  In the event a request to reinstate the case is not filed and served on opposing counsel on or before the foregoing date, the dismissal will be with prejudice.

IT IS SO ORDERED.

Dated: April 23,  2009

                                     *Elizabeth D. Laporte*
                                    ELIZABETH D. LAPORTE
                                    United States Magistrate Judge