| | |
|---|---|
| 1 | STEPHAN C. WILLIAMS, State Bar No. 37755<br>LAW OFFICES OF STEPHAN C. WILLIAMS |
| 2 | 1615 Bonanza Street, Suite 211<br>Walnut Creek, CA 04596 |
| 3 | Tel:  925-939-6822<br>Fax: 926-939-6823 |
| 4 | e-mail:  scwlaw@comcast.net |
| 5 | Attorney for Plaintiff<br>KATHY BLEVINS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHY BLEVINS,<br><br>              Plaintiff,<br><br>    v.<br><br>STARBUCKS COFFEE COMPANY, and<br>Does 1 through 10, inclusive,<br><br>              Defendants. | Case No. C-08-04759 EDL<br><br>**REQUEST FOR DISMISSAL** |

Comes now the plaintiff, KATHY BLEVINS, in the above-entitled action, who is requesting of the court to dismiss, in its totality, the action filed by her and pending in this court. The case has been settled to the satisfaction of the plaintiff, and a court order dismissing the case is needed to comply with the terms of the settlement.  The dismissal is with prejudice.

DATED:  June 5, 2009          **LAW OFFICES OF STEPHAN C. WILLIAMS**

By:  /s/ _____
         Stephan C. Williams

Attorney for Plaintiff
KATHY BLEVINS

In accordanced with the terms of the Settlement Agreement reached between the parties, and the specific request of the plaintiff:

REQUEST FOR DISMISSAL
Case No. C-08-4759-EDL

-2-

1  IT IS HEREBY ORDERED that the clerk of this court enter into the files a dismissal of
2  this action in its entirety, with prejudice.

   June 15, 2009
4  DATED: ~~June 5, 2009~~

   *IT IS SO ORDERED*
   *Elizabeth D. Laporte*
   Judge Elizabeth D. Laporte

   _____
   MAGISTRATE    JUDGE, U.S. DISTRICT COURT

-2-
REQUEST FOR DISMISSAL
Case No. C-08-4759-EDL